AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Thomas Jacob Franklin

           Plaintiff,

V.

State of Nevada

           Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-CV-1986 RLH-RJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that this case is DISMISSED without prejudice.

December 23, 2010                                  /s/ Lance S. Wilson

Date                                                                  Clerk

                                                                                /s/ Eileen Sterba

                                                                                (By) Deputy Clerk